IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RON LEE BRANSCUM                                                                                    PLAINTIFF

v.                                            Case No. 4:14-cv-00045-KGB-JJV

SPAUL, Corporal, Faulkner
County Detention Center, et al.                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 25). Plaintiff Ron Lee Branscum has filed no objections, and the time to do so has passed. After careful consideration, the Court approves and adopts in their entirety the Proposed Findings and Recommendations in all respects.

It is therefore ordered that:

1. Defendants' motion to dismiss is granted (Dkt. No. 23);

2. Mr. Branscum's complaint is dismissed without prejudice (Dkt. No. 2);

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 13th day of May, 2015.

_____
Kristine G. Baker
United States District Judge