## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RON LEE BRANSCUM**                                                                    **PLAINTIFF**

**v.**                                          **Case No. 4:14-cv-00045-KGB-JJV**

**SPAUL, Corporal, Faulkner**
**County Detention Center, et al.**                                        **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses this case without prejudice.

SO ORDERED this 13th day of May, 2015.

_____
Kristine G. Baker
United States District Judge